Certificate Number: 15317-PAW-DE-032446540

Bankruptcy Case Number: 18-24895



15317-PAW-DE-032446540

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 15, 2019, at 6:35 o'clock AM PDT, Brittany A Gaetano completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   March 15, 2019            By:    /s/Mariel Macrohon

                                  Name:  Mariel Macrohon

                                  Title: Counselor